IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER KIRK, | : | DOCKET NO : 15-CV-116 |
| INDIVIDUALLY AND ON BEHALF OF | : | |
| ALL OTHERS SIMILARLY SITUATED | : | JURY TRIAL DEMANDED |
| | : | |
| PLAINTIFF | : | COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b) |
| | : | |
| v. | : | |
| | : | |
| DR WELL SITE SERVICES, LLC | : | |
| DEFENDANT | : | |

## ORDER OF COURT

Upon the Defendant's Motion dated June 4, 2015, seeking an extension of *(doc. 15)* time to file a stipulation selecting an ADR process, the Court, having considered the papers submitted and the argument presented by counsel, this Court, for good cause shown, HEREBY ORDERS THAT:

1. Defendant's Motion for Extension of Time to File a Stipulation Selecting an ADR Process is GRANTED *IN PART*; and

2. The parties' deadline to jointly file a stipulation selecting an ADR process (pursuant to Local Rule 16.2) originally set forth in the Court's May 20, 2015 Order is extended ~~by 45 days such that the deadline to file a Stipulation selecting ADR process is now August 15, 2015~~ *until August 5, 2015*.

SO ORDERED this 5th day of June, 2015

Arthur J. Schwab
United States District Judge

4944044