IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER KIRK, Individually and on behalf of all other similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 1:15-cv-00116 |
| v. | ) ) | JURY TRIAL DEMANDED |
| DR WELL SITE SERVICES, LLC, TERVITA, LLC and TERVITA (US OPERATIONS) LLC, | ) ) ) ) ) | *Electronically Filed* |
| Defendants. | ) | |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1.1 of the United States District Court for the Western District of Pennsylvania, and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant in the above-captioned action certifies that Defendant Tervita, LLC is an indirect, wholly owned subsidiary of Republic Services, Inc. which has issued shares or debt securities to the public.

By filing this Disclosure Statement, Defendant Tervita, LLC does not waive or forego any of its Defenses.

Dated: August 26, 2015

Respectfully submitted,

By: _____
Shelly R. Pagac
PA ID No. 63327

PIETRAGALLO GORDON ALFANO BOSICK
& RASPANTI, LLP
One Oxford Centre, 38th Floor
Pittsburgh, PA 15219
Ph: 412-263-2000
Fax: 412-263-2001
srp@pietragallo.com

*Counsel for Defendants Tervita, LLC and Tervita (US Operations), LLC*

**CERTIFICATE OF SERVICE**

      I certify that on this 26th day of August, 2015 a true and correct copy of the foregoing Corporate Disclosure Statement was served and filed using the Western District of Pennsylvania's ECF system, through which this document is available for viewing and downloading, causing a notice of electronic filing to be served upon the following counsel of record:

Joshua P. Geist, Esq.
Goodrich & Geist, P.C.
3534 California Avenue
Pittsburgh, PA 15212
josh@goodrichandgeist.com

Andrew W. Dunlap, Esq.
Fibich Leebron Copeland Briggs & Josephson
1150 Bissonnet Street
Houston, TX 77005
adunlap@fibichlaw.com

Paige Macdonald-Matthes, Esq.
Obermayer Rebmann Maxwell & Hippel LLP
200 Locust Street, Suite 400
Harrisburg, PA 17101
PMM@obermayer.com

Eric J. Greco, Esq.
Obermayer Rebmann Maxwell & Hippel LLP
One Penn Center, 19th Floor
1617 John F. Kennedy Boulevard
Philadelphia, PA 19103-1895
Eric.greco@obermayer.com

By: _____